# Court of Appeals
# of the State of Georgia

ATLANTA,  December 13, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0465. HENRY C. SAMA v. FIRST AMERICAN TITLE LENDING OF GEORGIA, LLC.**

Henry C. Sama sued First American Title Lending of Georgia, LLC ("First American") and others, asserting claims including fraud. Prior to the entry of a final judgment in the case, the trial court entered an order on November 29, 2021 which, among other things, granted First American's motions for a continuance and to reopen discovery. On December 13, 2021, Sama filed a notice of appeal of that order and an order entered in May 2021, dismissing some but not all of the claims filed by Sama. First American has filed a motion to dismiss the appeal. We lack jurisdiction.

First, because the case was pending in the superior court when Sama filed the notice of appeal, Sama was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court. See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Pace Const. Corp. v. Northpark Associates, Ltd. Partnership*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994).

Second, "[i]n a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015). Under such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal procedures of OCGA § 5-6-34 (b). Id. "Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." Id. (footnote omitted). Sama's failure to follow those procedures

deprives us of jurisdiction to consider this appeal. Accordingly, the motion to dismiss is hereby GRANTED and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

　　　*Clerk's Office, Atlanta,* __*12/13/2022*__

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*